UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JENNY HWANG, on behalf of herself and all others similarly situated,<br><br>      Plaintiff,<br><br>      v.<br><br>AESTHETONICS, INC.,<br><br>      Defendants. | Case No.: 1:23-CV-00099-LDH-MMH |

**STIPULATION OF DISMISSAL WITH PREJUDICE
PUSSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for Plaintiff and Defendant to the above captioned action, under docket number 1:23-CV-00099-LDH-MMH, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of this action, the above entitled action be, and the same hereby is discontinued and dismissed with prejudice, without costs to either party as against the other, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated: New York, NY
    May 25, 2023

| | |
|---|---|
| Mars Khaimov | Michael S. Farber |
| Attorney for Plaintiff | FARBER SCHNEIDER FERRARI LLP |
| 14749 71st Avenue | Attorneys for Defendant |
| Flushing, New York 11367 | 261 Madison Avenue, 26th Floor |
| (917) 915-7415 | New York, New York 10016 |
| Mars@khaimovlaw.com | (212) 972-7040 |
| | Mfarber@fsfllp.com |

**SO ORDERED:**

 s/ LDH       6/6/2023
Honorable LaShann DeArcy Hall, U.S.D.J.